94

United States District Court
Southern District of Texas
FILED

DEC 04 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. **M-19-2440** |
| | § | |
| JUAN P. GALINDO | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about December 14, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JUAN P. GALINDO**

then a law enforcement officer with the San Juan Police Department, while acting under color of law, did physically assault V.A., which resulted in bodily injury, thereby willfully depriving V.A. of the right, secured and protected by the Constitution and the laws of the United States, to be free from the use of unreasonable force by law enforcement officer.

In violation of Title 18, United States Code, Section 242.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY