| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>11/20/2019/gh | Criminal Docket |

| | |
|---|---|
| McALLEN Division | CR. No. **M-19-2440** |
| **SEALED INDICTMENT** Filed: December 4, 2019 | Judge: **RICARDO H. HINOJOSA** |
| County: Hidalgo | |
| Lions #: **2019R06700** | Attorneys: |
| UNITED STATES OF AMERICA | RYAN K. PATRICK, UNITED STATES ATTORNEY |
| v. | K. ALEJANDRA ANDRADE, ASST. U.S. ATTORNEY |
| JUAN P. GALINDO --WARRANT-- | Ct. 1 |

Charge(s):  Ct.1:  Deprivation of rights under color of law
             Title 18, United States Code, Section 242

Total Counts **(1)**

Penalty:  Ct.1:  Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:  Federal Bureau of Investigations – Sebastian Montes - 194C-SA-3035433

Date                                        Proceedings