United States District Court
Southern District of Texas
FILED
DEC - 4 2019

United States District Court
Southern District of Texas
ENTERED
December 05, 2019
David J. Bradley, Clerk

U.S. Department of Justice
United States Attorney

# United States District Court
## SOUTHERN District of Texas
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | GRAND JURY NO. 94 |
| V. | § § | CRIMINAL NO. M-19-2440 |
| JUAN P. GALINDO | § | |

ORDER FOR BENCH WARRANT
AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| JUAN P. GALINDO | NO BOND |

ENTERED at McAllen, Texas, this 4th day of December, 2019.

UNITED STATES MAGISTRATE JUDGE