PS 42
(Rev. 7/93)

# United States District Court
## District of

United States District Court
Southern District of Texas
**ENTERED**
December 11, 2019
David J. Bradley, Clerk

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) |
| Juan P. Galindo | ) |
| | ) Case  7:19CR02440-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Juan P. Galindo_____, have discussed with _____Laura R. Iglesias_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall refrain from being employed in law enforcement or any agency dealing with law enforcement while the case is pending.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/11/19          _____  12/11/19
Signature of Defendant       Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      12/11/19
Signature of Defense Counsel                 Date

[✓] The above modification of conditions of release is ordered, to be effective on __12-11-19__.
[ ] The above modification of conditions of release is *not* ordered.

_____                      12-11-19
Signature of Judicial Officer                Date