



JAN 2 1 2020

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NUMBER |
| VS. | ) | |
| | ) | M-19-2440 |
| JUAN P. GALINDO | ) | |

O R D E R

Came on to be considered Defendant Juan P. Galindo's Motion for Continuance, which is unopposed by the Government, and the Court after considering said motion finds that the failure to grant the Defendant's Motion for Continuance would be likely to make a continuation of such proceeding impossible or result in a miscarriage of justice and is of the opinion that said motion should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Motion for Continuance of Defendant Juan P. Galindo is hereby GRANTED and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for February 3, 2020, is hereby reset to April 6, 2020, at 9:30 a.m., and Jury Selection previously set for February 4, 2020, is hereby reset to April 7, 2020, at 9:30 a.m., in the Eleventh Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this order to the Defendant, his counsel, and counsel for the Government.

DONE this 21st day of January, 2020, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE