UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. 7:19-cr-2440 |
| | § | |
| JUAN P. GALINDO | § | |

## GOVERNMENT EXHIBIT LIST

| No. | Description: | Offering Witness: | Admitted: |
| --- | --- | --- | --- |
| 1 | Officer Monroy Body Camera Footage | | |
| 1a | Officer Monroy Body Camera Footage Cut | | |
| 2 | Officer Monroy Dash Camera Footage | | |
| 2a | Officer Monroy Dash Camera Footage Cut | | |
| 3 | San Juan Police Department Rules and Regulation Policy Manual | | |
| 3a | San Juan Police Department Rules and Regulation Policy Manual Section 13 Arrest/Search/Seizures | | |